# EXHIBIT A



*Source:* Levi & Korsinsky, LLP

*March 24, 2025 17:01 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Ultra Clean Holdings, Inc. Securities and Sets a Lead Plaintiff Deadline of May 23, 2025

NEW YORK, March 24, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ultra Clean Holdings, Inc. ("Ultra Clean" or the "Company") (NASDAQ: UCTT) between May 6, 2024, to February 24, 2025, both dates inclusive. You are hereby noti ed** that the class action lawsuit *Ofir Schweiger v. Ultra Clean Holdings, Inc., et al.* (Case No. 3:25-cv-02768) has been commenced in the United States District Court for the Northern District of California. To get more information **go to:**

[https://zlk.com/pslra-1/ultra-clean-holdings-inc-lawsuit-submission-form](https://zlk.com/pslra-1/ultra-clean-holdings-inc-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided investors with material information concerning the elevated demand from Chinese original equipment manufacturers (OEMs) and in the general Chinese domestic market for Ultra Clean's products throughout the fiscal year 2024. Defendants' statements concealed material adverse facts concerning the true state of the demand for Ultra Clean's products and services in the domestic Chinese market; notably, that the Company was facing a customer ramp issue with one of its critical customers, as well as a combination of inventory and demand corrections, which, ultimately, caused weakness for Ultra Clean in China.

On February 24, 2025, Ultra Clean published fourth quarter and full year 2024 fiscal results and hosted an associated earnings call, where the Company's executives revealed that Ultra Clean was facing "demand softness" in China and decreased demand due to extended qualification timelines and inventory absorption. In response to this news, Ultra Clean's stock price declined from $36.06 per share on February 24, 2025, to $25.90 per share on February 25, 2025, a decline of over 28% in the span a single day.

**If you suffered a loss in UCTT securities, you have until May 23, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com