**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFIR SCHWEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTRA CLEAN HOLDINGS, INC., JAMES SCHOLHAMER, and SHERI SAVAGE,<br><br>Defendants. | Case No.<br><br>**NOTICE OF ERRATA** |

**TO:    THE CLERK OF COURT AND ALL PARTIES AND COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiff Ofir Schweiger ("Plaintiff"), through his counsel, respectfully submits a corrected Certification, attached hereto as Exhibit A, to replace the one filed initially with the commencement of this action.

[*Signature block on following page*]

NOTICE OF ERRATA

Dated: April 21, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

 /s/ Adam Apton

Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Plaintiff*

2
NOTICE OF ERRATA