BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

MEREDITH KOTLER (*pro hac vice*)
meredith.kotler@freshfields.com
FRESHFIELDS US LLP
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OFIR SCHWEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTRA CLEAN HOLDINGS, INC., JAMES SCHOLHAMER, and SHERI SAVAGE,<br><br>Defendants. | Case No.: 3:25-cv-02768-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO COMPLAINT AND CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Jacqueline Scott Corley |

STIPULATION RE RESPONSE TO COMPLAINT
AND CASE MANAGEMENT CONFERENCE
CASE NO. 3:25-CV-02768-JSC

WHEREAS, on March 24, 2025, Plaintiff Ofir Schweiger filed a putative class action complaint against Defendants Ultra Clean Holdings, Inc., James Scholhamer, and Sheri Savage (together, "Defendants") (ECF No. 1);

WHEREAS, the Complaint asserts federal securities claims arising under the Securities Act of 1933, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 *et seq.*;

WHEREAS, the PSLRA provides a procedure for the appointment by the Court of a lead plaintiff and lead counsel following public notice of the Complaint and for which motions are to be filed on or before May 23, 2025, 15 U.S.C. § 78u-4;

WHEREAS, the parties anticipate the lead plaintiff appointed by the Court shall be the one to designate an operative complaint or file an amended consolidated complaint, making it unnecessary for Defendants to respond to the existing Complaint;

WHEREAS, to conserve the parties' and Court's resources prior to the appointment of the lead plaintiff and lead counsel, the parties have agreed that, subject to the Court's approval, Defendants need not respond to the current Complaint, and Defendants have not waived any rights, arguments, or defenses by not responding to the current Complaint;

WHEREAS, on March 25, 2025, the Court issued an Initial Case Management Scheduling Order, setting the deadline for a Rule 26(f) conference and to file ADR Certification on June 4, 2025; the deadline for initial disclosures on June 18, 2025; and an Initial Case Management Conference on June 25, 2025 at 2:00 p.m. (ECF No. 4);

WHEREAS, in light of the mandatory stay of discovery applicable to cases governed by the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), and in the interest of judicial economy, the Initial Case Management Conference and deadlines for a Rule 26(f) conference, ADR Certification, and initial disclosures should be continued until after resolution of any motion(s) to dismiss filed by Defendants in response to any operative complaint or amended consolidated complaint filed after the Court appoints the lead plaintiff and lead counsel, to a date set by the Court.

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, as follows:

STIPULATION RE RESPONSE TO COMPLAINT            -1-
AND CASE MANAGEMENT CONFERENCE
CASE NO. 3:25-CV-02768-JSC

1. Defendants shall not be required to answer, move, or otherwise respond to the Complaint and have not and shall not waive any rights, arguments, or defenses by failing to answer, move, or otherwise respond to the Complaint;

2. Within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, the parties shall submit to the Court a proposed schedule for designating an operative complaint or filing an amended consolidated complaint and Defendants' response thereto; and

3. The June 4, 2025 deadline for a Rule 26(f) conference and ADR Certification, the June 18, 2025 deadline for initial disclosures, and the June 25, 2025 Initial Case Management Conference are vacated and continued to a date to be set by the Court after resolution of any motion(s) to dismiss filed by Defendants in response to any operative complaint or amended consolidated complaint designed or filed by the Court-appointed lead plaintiff and lead counsel.

Dated: May 2, 2025                                         FRESHFIELDS US LLP

By: /s/ Boris Feldman
Boris Feldman[1]

*Attorneys for Defendants Ultra Clean Holdings, Inc., James Scholhamer, and Sheri Savage*

Dated: May 2, 2025                                         LEVI & KORSINSKY, LLP

By: /s/ Adam M. Apton
Adam M. Apton

*Attorneys for Plaintiff Ofir Schweiger*

**[PROPOSED] ORDER**

The parties having stipulated to the foregoing, IT IS SO ORDERED.

Dated: May 5, 2025

Hon. Jacqueline Scott Corley
United States District Court Judge

---

[1] Pursuant to Local Civil Rule 5-1(i)(3), the electronic filer hereby attests that each other signatory concurs in the filing's content and has authorized this filing.

STIPULATION RE RESPONSE TO COMPLAINT          -2-
AND CASE MANAGEMENT CONFERENCE
CASE NO. 3:25-CV-02768-JSC