# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Ultra Clean Holdings, Inc.
**Ticker:** UCTT
**Class Period:** 05/06/2024 - 02/24/2025
**Name:** Lukas Stauskis

### Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/15/2024 | 610.0000 | $37.3700 | -$22,795.7000 | | $0.0000 | -$22,795.70 |
| 10/15/2024 | 0.9623 | $37.3700 | -$35.9600 | | $0.0000 | -$35.96 |
| **Shares Retained:** | **610.9623** | | | | **Subtotal:** | **-$22,831.66** |
| | | | 90-Day Average Price | | 90-Day Average: | $13,398.10 |
| | | | $21.9295 | | Total: | -$9,433.56 |

### Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/16/2024 | 187.0000 | $37.7400 | -$7,057.3800 | | $0.0000 | -$7,057.38 |
| 10/16/2024 | 229.0000 | $37.7700 | -$8,649.3300 | | $0.0000 | -$8,649.33 |
| 10/16/2024 | 5.0000 | $37.7300 | -$188.6500 | | $0.0000 | -$188.65 |
| 10/16/2024 | 95.0000 | $37.8000 | -$3,591.0000 | | $0.0000 | -$3,591.00 |
| 10/16/2024 | 18.1229 | $37.8500 | -$685.9504 | | $0.0000 | -$685.95 |
| 10/16/2024 | 16.0000 | $37.8500 | -$605.6000 | | $0.0000 | -$605.60 |
| 10/16/2024 | 16.0000 | $37.8500 | -$605.6000 | | $0.0000 | -$605.60 |
| 10/16/2024 | 8.4561 | $37.9900 | -$321.2461 | | $0.0000 | -$321.25 |
| **Shares Retained:** | **574.5789** | | | | **Subtotal:** | **-$21,704.76** |
| | | | 90-Day Average Price | | 90-Day Average: | $12,600.23 |
| | | | $21.9295 | | Total: | -$9,104.52 |
| | | | | | **Combined Total** | **-$18,538.08** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between February 25, 2025 and May 21, 2025.