# EXHIBIT 3

**Ultra Clean Holdings, Inc. Loss Chart**
**Class Period: May 06, 2024 through February 24, 2025**

**Lookback Price** $22.11

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ERGÜL İLASLAN | 2/7/2025 | 1500 | ($37.62) | ($56,430.00) | | | | | 1500 | $33,165.61 | ($23,264.39) |