**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFIR SCHWEIGER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ULTRA CLEAN HOLDINGS, INC., JAMES SCHOLHAMER, and SHERI SAVAGE, <br><br> Defendants. | Case No. 3:25-cv-02768-JSC <br><br> Date:  September 18, 2025 <br> Time:  10:00 a.m. <br> Hon.  Jacqueline Scott Corley <br> Courtroom:  8—19th Floor <br><br> **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF ERGÜL İLASLAN'S MOTION FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFF TO THE FORTHCOMING AMENDED COMPLAINT** |

### [PROPOSED] ORDER

Having considered Lead Plaintiff Ergül İlaslan's motion for leave to add additional named plaintiff to the forthcoming amended complaint and the exhibits attached thereto, the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court,

IT IS HEREBY ORDERED that:

1. Lead Plaintiff's motion is GRANTED;

2. Lead Plaintiff may include Andrew Marchitto and his counsel at Levi & Korsinsky, LLP ("Levi & Korsinsky") as an additional named plaintiff and additional counsel in the Amended Complaint due to be filed on August 26, 2025 pursuant to the Court's

July 9, 2025, Order. (ECF No. 41). To the extent that Lead Plaintiff has already filed his Amended Complaint, the inclusion of Mr. Marchitto and Levi & Korsinsky is confirmed as approved by this Court.

IT IS SO ORDERED.

DATED: _____

_____

HONORABLE JACQUELINE SCOTT CORLEY

UNITED STATES DISTRICT JUDGE

2