**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFIR SCHWEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTRA CLEAN HOLDINGS, INC., JAMES SCHOLHAMER, and SHERI SAVAGE,<br><br>Defendants. | Case No. 3:25-cv-02768-JSC |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Ergül İlaslan, through his counsel, hereby voluntarily dismisses this action against all defendants as to all claims, without prejudice. No Defendant has either answered the complaint or filed a motion for summary judgment, and no class has been certified. Lead Plaintiff represents that the parties have conferred and agreed that each shall bear their own fees and costs.

| | | |
|---|---|---|
| 1 | Dated: December 16, 2025 | Respectfully submitted, |
| 2 | | **THE ROSEN LAW FIRM, P.A.** |
| 3 | | /s/ Jacob A. Goldberg |
| | | Jacob A. Goldberg (admitted *pro hac vice*) |
| 4 | | Leah Heifetz-Li (admitted *pro hac vice*) |
| | | 101 Greenwood Avenue, Suite 440 |
| 5 | | Jenkintown, PA 19046 |
| | | Telephone:  (215) 600-2817 |
| 6 | | Facsimile:  (212) 202-3827 |
| 7 | | Email:  jgoldberg@rosenlegal.com |
| | | lheifetz@rosenlegal.com |

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email:  lrosen@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*